JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIDDY GOLDEN, | Case No. 2:21-cv-00167-MWF-PVC |
| Plaintiff | |
| v. | **ORDER** |
| AMSHER COLLECTION SERVICES, INC., and DOES 1-10, inclusive, | |
| Defendant | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: July 16, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge